Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Broadway Learning Center LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**Pearland Kids Club**
**Pearland Kids Club West**

**3. Debtor's federal Employer Identification Number (EIN)**

__8__ __1__ – __2__ __4__ __9__ __4__ __2__ __6__ __7__

**4. Debtor's address**

**Principal place of business**

**1925 Pearland Parkway**
Number          Street

**Pearland, TX 77581**
City                    State      ZIP Code

**Brazoria**
County

**Mailing address, if different from principal place of business**

**10219 Sagegreen Dr**
Number          Street

**Houston, TX 77089**
City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State      ZIP Code

**5. Debtor's website (URL)**

**pearlandkidsclub.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Broadway Learning Center LLC**        Case number *(if known)* _____

         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     ___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ❑ A plan is being filed with this petition.

     ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes. District _____ When _____ Case number _____
                 MM / DD / YYYY

      District _____ When _____ Case number _____
                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

❑ Yes. Debtor _____ Relationship _____

      District _____ When _____
                 MM / DD / YYYY

      Case number, if known _____

Debtor   **Broadway Learning Center LLC**                           Case number *(if known)*
                    Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?** _____

    Number        Street

    _____

    City                                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.      Insurance agency     _____

              Contact name        _____

              Phone               _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☑ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor      **Broadway Learning Center LLC**                                    Case number *(if known)*
                    Name

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million

- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING --       Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **05/22/2026**
                         MM/  DD/  YYYY

X   **/s/ Nathan Cole**                                                     **Nathan Cole**
Signature of authorized representative of debtor                    Printed name

Title            **Authorized Agent**

**18. Signature of attorney**

X            **/s/ Reese Baker**                          Date  **05/22/2026**
Signature of attorney for debtor                                        MM/  DD/  YYYY

**Reese Baker**
Printed name

**Baker & Associates**
Firm name

**950 Echo Ln Ste 300**
Number          Street

**Houston**                                                **TX**          **77024-2824**
City                                                          State          ZIP Code

_____                         **courtdocs@bakerassociates.net**
Contact phone                                                Email address

**01587700**                                               **TX**
Bar number                                                 State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Broadway Learning Center LLC**                          CASE NO

                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date      **05/22/2026**          Signature                              **/s/ Nathan Cole**
                                                           Nathan Cole, Authorized Agent

Brazoria County Tax Assessor
237 E Locust St Ste 104
Angleton, TX 77515-4621

Capital One
Po Box 71087
Charlotte, NC 28272-1087

Cedars Business Services, LLC
5230 Las Virgenes Rd Ste 210
Calabasas, CA 91302-3465

Celtic Bank
1385 Broadway Fl 15
New York, NY 10018-6015

CESC - COVID EIDL SERVICE
CENTER
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Cintas
Po Box 631025
Cincinnati, OH 45263-1025

Comploy HR
3001 Brighton Blvd Ste 789
Denver, CO 80216-5075

Daniel Escobedo
10403 Sagerock Dr
Houston, TX 77089-5215

Daniel Escobedo
10403 Sagerock Dr
Houston, TX 77089-5215

IndoorMedia
1445 Langham Creek Dr
Houston, TX 77084-5012

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Linda Cole
10219 Sagegreen Dr
Houston, TX 77089-5130

Nathan Cole
10219 Sagegreen Dr
Houston, TX 77089-5130

Nooner Holdings, Ltd.
4827 Quarry Run
San Antonio, TX 78249-4499

Public Storage
Po Box 25043
Glendale, CA 91221-5043

Sparkletts
c/o A.G. Adjustments Ltd
1 Huntington Quadrangle Ste 4n15
Melville, NY 11747-4400

Star at Pearland LLC
1143 Zoe Springs Way
Richmond, TX 77406-7236

Texas Workforce Commission
Regulatory Integrity Division
101 E 15th St Rm 556
Austin, TX 78778-0001

Triad One Realty
18806 Fulvetta Haven Way
Richmond, TX 77407-2375

TXU
Po Box 660161
Dallas, TX 75266-0161

U.S. Small Business
Administration
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910

WatchMeGrow
2625 Willamette Dr NE
Olympia, WA 98516